**Aetna Life Insurance Company, complainant, v. Mattie Marsh and Lucy Smith, defendants, on appeal of Mattie Marsh, appellant. Lucy Smith, appellee. Gen. No. 37,083.**

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Prescott, Burroughs & Taylor, for appellant; A. M. Burroughs and Patrick B. Prescott, Jr., of counsel. S. P. Brown and C. L. Longmire, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

**Robert O. Farrell and Thomas R. Condon, appellants, v. Irven H. Wilsey, appellee. Gen. No. 37,095.**

 Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Chapman & Cutler, for appellants; Dayton Ogden, of counsel. Einar C. Howard, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

**Arthur Peltason, appellee, v. A. C. Cronkrite, appellant. Gen. No. 37,104.**

 Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Knapp, Beye, Allen, Cochran & Cushing, for appellant; Harlan L. Hackbert, of counsel. Millard C. Eiseman, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

**James G. Clark, plaintiff in error, v. Norman W. Harris, defendant in error. Gen. No. 36,747.**

 Heard in the second division of this court for the first district at the June term, 1933. Opinion filed May 1, 1934.

Lloyd C. Whitman, for plaintiff in error. Kirkland, Fleming, Green & Martin, for defendant in error; Howard Ellis, J. Fred Reeve and J. B. Martineau, Jr., of counsel.

Mr. Justice Gridley delivered the opinion of the court.